COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § | |
| § | No. 08-08-00285-CV |
| IN THE MATTER OF D.O., § | Appeal from the |
| § | |
| A Juvenile. § | 65th District Court |
| § | of El Paso County, Texas |
| § | (TC#08,00534) |
| § | |

## <u>MEMORANDUM OPINION</u>

D.O., a juvenile, has filed a written request to dismiss his notice of appeal because he no longer desires to pursue an appeal. The request is signed by both D.O. and his attorney. We grant the request and dismiss the appeal. *See* TEX.R.APP.P. 42.1(a)(1).


GUADALUPE RIVERA, Justice

April 2, 2009

Before Chew, C.J., McClure, and Rivera, JJ.